ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ            Hawaii Bar No. 1412
820 Mililani Street, Suite 714
Honolulu, Hawai`i 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608
E-Mail: eseitzatty@yahoo.com

STEVEN E. KROLL          Nevada Bar No. 4309
P.O. Box 8
Crystal Bay, Nevada 89402
Telephone: (775) 831-8281
E-mail: KrollLaw@mac.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LINDA R. DUARTE and KEVIN MCCOWAN,<br><br>              Plaintiffs,<br>vs.<br><br>CALIFORNIA HOTEL & CASINO dba CALIFORNIA HOTEL; BOYD GAMING CORPORATION, a Nevada Corporation; MICHAEL CUSHMAN, in his individual and representative capacity as an employee of the Risk Management Department of Boyd Gaming Corporation; JAMES D. WALL, in his individual and representative capacity as a Guest Relations Manager of Boyd Gaming Corporation; ORKIN COMMERCIAL SERVICES; LONNIE TUCKER, in his individual and representative capacity as Orkin Commercial Services Operations Manager; JOHN and/or JANE | CASE # 2:09-cv-02371-RLH-PAL<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AND ORDER<br><br>TRIAL: June 22, 2011<br>            Chief Judge Roger L. Hunt |

ERIC A. SEITZ, AAL, ALC
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813
Phone: (808) 533-7434  Fax: (808) 545-3608

ERIC A. SEITZ, AAL, ALC
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813
Phone: (808) 533-7434  Fax: (808) 545-3608

| | |
|---|---|
| DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) |
| CALIFORNIA HOTEL and CASINO, a Nevada Corporation; BOYD GAMING CORPORATION, a Nevada Corporation; MICHAEL CUSHMAN and JAMES D. WALL,<br><br>  Cross-Claimants,<br><br>vs.<br><br>ORKIN, INC., a foreign limited liability company, doing business as ORKIN COMMERCIAL SERVICES,<br><br>  Cross-Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| CALIFORNIA HOTEL and CASINO, a Nevada Corporation; BOYD GAMING CORPORATION, a Nevada Corporation; MICHAEL CUSHMAN and JAMES D. WALL,<br><br>  Third-Party Plaintiffs,<br><br>vs.<br><br>ORKIN, INC., a foreign limited liability Company, doing business as ORKIN COMMERCIAL SERVICES,<br><br>  Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>STIPULATION FOR DISMISSAL WITH PREJUDICE<br>OF ALL CLAIMS AND PARTIES</u>

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

Plaintiffs LINDA R. DUARTE and KEVIN MCCOWAN, Defendant ORKIN INC., dba

2

ORKIN COMMERCIAL SERVICES, and Defendants CALIFORNIA HOTEL & CASINO dba CALIFORNIA HOTEL, BOYD GAMING CORPORATION, MICHAEL CUSHMAN and JAMES D. WALL, by and through their undersigned attorneys, hereby stipulate and agree that the above-entitled action shall be and hereby is dismissed with prejudice, with each party to bear its own attorneys fees and costs. This Stipulation disposes of any and all claims, cross-claims, and counterclaims. There are no remaining parties or claims.

DATED: Honolulu, Hawaii, November 5, 2010

/s/ Eric A. Seitz

ERIC A. SEITZ
Attorney for Plaintiffs

DATED: San Francisco, California November 5, 2010

/s/ William Reilly

WILLIAM REILLY
ANNA M. MARTIN
Attorneys for Defendant
ORKIN INC., dba
ORKIN COMMERCIAL SERVICES

/
/
/
/

ERIC A. SEITZ, AAL, ALC
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813
Phone: (808) 533-7434  Fax: (808) 545-3608

DATED: Las Vegas, Nevada, November 5, 2010

/s/ Salvatore C. Gugino

---

SALVATORE C. GUGINO
Attorneys for Defendants
CALIFORNIA HOTEL & CASINO,
BOYD GAMING CORPORATION,
MICHAEL CUSHMAN, and
JAMES D. WALL

**IT IS SO ORDERED.**

_____
CHIEF UNITED STATES DISTRICT JUDGE

**DATED: November 8, 2010**

ERIC A. SEITZ, AAL, ALC
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813
Phone: (808) 533-7434   Fax: (808) 545-3608

---

CASE # 2:09-cv-02371-RLH-PAL: Duarte, et al. v. California Hotel & Casino, et al.,
Stipulation for Dismissal with Prejudice of All Claims and Parties and Order